IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-20031 |
| | ) | |
| STEPHAN CAAMANO, | ) | Title 21, United States Code, |
| | ) | Section 841 |
| Defendant. | ) | |
| | ) | |

### INDICTMENT

#### COUNT ONE
(Distribution of a Controlled Substance)

**THE GRAND JURY CHARGES:**

On or about March 8, 2018, in Champaign County, in the Central District of Illinois,

**STEPHAN CAAMANO,**

the defendant herein, knowingly and intentionally distributed alprazolam, a Schedule IV controlled substance.

All in violation of Title 21, United States Code, Section 841(a), (b)(2).

#### COUNT TWO
(Distribution of a Controlled Substance)

**THE GRAND JURY CHARGES:**

On or about March 13, 2018, in Champaign County, in the Central District of Illinois,

STEPHAN CAAMANO,

the defendant herein, knowingly and intentionally distributed alprazolam, a Schedule IV controlled substance.

All in violation of Title 21, United States Code, Section 841(a), (b)(2).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Counts One and Two of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Between March 1, 2018, and April 1, 2018, in Champaign County, in the Central District of Illinois,

STEPHAN CAAMANO,

the defendant herein, did engage in knowing violations of Title 21, United States Code, 841(a), (b)(2), thereby subjecting to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, any proceeds of the offenses or property derived from proceeds of the offenses and any property used to commit or facilitate the offenses, including but not limited to the real property located at 1510 Glenshire Drive, Champaign, IL 61822, and the 2017 Toyota RAV4 assigned vehicle identification number 2T3BFREV5HW647548.

All pursuant to Title 21, United States Code, Section 853.

                                            A TRUE BILL.
                                            s/Foreperson

                                            FOREPERSON

s/J. Childress

JOHN E. CHILDRESS
United States Attorney

KVB

3