UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHAN CAAMANO,<br><br>Defendant. | No. 18-20031-SLD-EIL |

## DEFENDANT'S CONSENT TO AN EXTENSION

I have been read the foregoing motion and have discussed this extension fully with my attorney. I understand that my sentencing date may be delayed if my request is granted. I knowingly and voluntarily consent to an extension of the time to respond, and to a potential continuance of my case. I also knowingly and voluntarily waive my right to be physically present at any hearing on this motion.

July 10, 2019                                              _____
                                                                          STEPHAN CAAMANO, Defendant