UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2018-cr-20031 |
| ) | |
| STEPHAN CAAMANO, ) | |
| Defendants. ) | |

**Second Motion For Extension of Time for Response**

**NOW COME** the Defendant STEPHAN CAAMANO, by his attorneys J. STEVEN BECKETT and AUDREY C. THOMPSON of BECKETT LAW OFFICE, P.C., and for his **Second Motion For Extension of Time for Response** and states:

1. The Defendant was charged in a seven count superceding indictment and heretofore has entered a plea to that indictment and is awaiting sentencing.

2. On July 2, 2019, the Government filed a Motion for Forfeiture of Property. The Defendant was ordered to respond by July 10, 2019; however a defense Motion for Extension of Time was granted and Defendant's Response was due July 29, 2019. After new counsel was appointed, a subsequent Motion for Extension of Time was filed and granted, and the due date for Defendant to respond was extended to September 12, 2019.

3. Counsel has been working diligently to become familiar with the facts of this case, but the discovery has been extensive. Furthermore, due to the multiple scheduling conflicts in counsel's September calendar, counsel does not foresee being able to meet with the Defendant prior to September 12, 2019 to discuss his Response. Counsel requests an additional 14 days to submit Defendant's Response to the Government's Motion for

Forfeiture of Property.

5. Counsel has spoken with the Assistant United States Attorney regarding these matters and the Government has no objection to the relief requested herein.

6. The relief is sought in the interest of justice and not for the purpose of delay.

**WHEREFORE** IT IS PRAYED that the time for a Response to the Government's Motion for Forfeiture of Property be extended for an additional 14 days and for such other relief deemed just and necessary.

.  **BECKETT LAW OFFICE, P.C.**
Attorney for Defendant,


s/ Audrey C. Thompson
**AUDREY C. THOMPSON**,
Counsel for Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: audrey@beckettlawpc.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2019, I electronically filed the above **Motion For Extension of Time for Response and to Re-allot Status Hearing** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Rachel E. Ritzer , Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**
**John David Hoetzer, Assistant U. S. Attorney, Springfield IL**

and I hereby certify that on August 29, 2019, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

                                            Respectfully submitted,

                                            s/ Audrey C. Thompson
                                            **AUDREY C. THOMPSON**,
                                            Counsel for Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: audrey@beckettlawpc.com