IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 18-cr-20031 |
| | ) | |
| STEPHAN CAAMANO, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES Assistant United States Attorney Katherine V. Boyle and moves to withdraw as counsel for the government in the above-captioned matter.

Respectfully submitted,

JOHN C. MILHISER
*United States Attorney*

/s/ KATHERINE V. BOYLE
*Assistant United States Attorney*
*Office of the United States Attorney*
*201 South Vine Street, Suite 226*
*Urbana, Illinois 61802-3369*
*(217) 373-5875*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of Illinois using the CM/ECF system, which will send copies to all parties of record.

/s/Katherine V. Boyle
*Assistant United States Attorney*