## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.   2018-CR-20031 |
| ) | |
| STEPHAN CAAMANO, ) | |
| Defendants. ) | |

### DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR A PRELIMINARY ORDER OF FORFEITURE AND SUPPORTING SUGGESTIONS

**NOW COMES** the Defendant, Stephan Caamano, by and through his attorneys, J. Steven Beckett and Audrey C. Thompson, of Beckett Law Office, P.C., and in response to ***Government's Motion for a Preliminary Order of Forfeiture and Supporting Suggestions*** states as follows:

On July 2, 2019, the Government filed its ***Motion for a Preliminary Order of Forfeiture and Supporting Suggestions***, in which it asked this Court:  (a) order Defendant pay a money judgment in the amount of $2,120,000; (b) order Defendant forfeit his interest in specific property, with credit given against the money judgment for any property that the Government is able to access and forfeit; and (c) order Defendant repatriate and deposit his remaining cryptocurrency.  Defendant does not object.  Defendant agrees to a money judgment in the amount of $2,120,000, agrees that he should forfeit his interest in the property that the Government already has in its possession, with credit to be given against the $2,120,000, and agrees to an order requiring him to repatriate his cryptocurrency.

Defendant does not object to an Order of Forfeiture in the amount of $2,120,000, nor does he object to an Order compelling Defendant to forfeit his interest in the specific property that the Government has taken possession of, as listed below:

| Asset | Value |
|---|---:|
| Real Property located at 1510 Glenshire Drive | $243,000 |
| 63,551.109 Ark Coins (approximate value) | $81,979.78 |
| $45,910.56 in United States Currency located in Navy Federal Credit Union account 7029731721 | $45,910.56 |
| 1,036 Neo Coins (approximate value) | $31,111.08 |
| 2017 Toyota RAV4 assigned vehicle number 2T3BFREV5HW647548 | $25,936.15 |
| Assorted Manufacturing machinery and equipment (approximate value) | $6,150 |
| Two watches | $4,944 |
| **Total Credit** | $439,031.57 |

**WHEREFORE**, Defendant, STEPHAN CAAMANO, prays this Honorable enter a forfeiture order that is just and appropraite, and for other such relief deemed just and proper.

Respectfully Submitted,

Stephan Caamano, Defendant

By:   *s/ J. Steven Beckett*
         **J. STEVEN BECKETT**,
         Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com

## CERTIFICATE OF SERVICE

 I hereby certify that on September 26, 2019, I electronically filed the above *Defendant's Response to Government's Motion for a Preliminary Order of Forfeiture and Supporting Suggestions* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

 **Rachel E. Ritzer, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**
 **John David Hoetzer, Assistant U. S. Attorney, Springfield IL**

       Respectfully submitted,

       s/ J. Steven Beckett
       **J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettlawpc.com