IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-CR-20031 |
| | ) | |
| STEPHAN CAAMANO, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for entry of a Final Order of Forfeiture, the Court finds as follows:

On October 11, 2019, this Court entered a Preliminary Order of Forfeiture (d/e 46), pursuant to the provisions of Title 18, United States Code, Section 2323, Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982(a)(1), based upon Defendant Stephan Caamano's guilty plea and consent to forfeiture;

On August 17, 2022, this Court entered a Second Preliminary Order of Forfeiture (d/e 63), after finding that identified cryptocurrencies belong to the defendant, constitute proceeds of the defendant's offenses, and are available to partially satisfy the outstanding balance of the $2,120,000 forfeiture money judgment against the defendant;

Commencing on December 7, 2022, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notified all third

parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED, and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A. All right, title, and interest in and to the following:

- 751.6040832 Binance Coin;
- 96,043 ChainLink Token;
- 87.9935472 Binance USD Token;
- 1,620.822834 JEX Token;
- 15,731.95445 VTHO Token;
- 422,000 VeChain Token; and
- 66.30260451 Swipe Token,

is hereby forfeited to the United States.

B. The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

DATE: 2/15/2023

s/Michael M. Mihm

MICHAEL M. MIHM
UNITED STATES DISTRICT JUDGE